# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# LUFKIN DIVISION

| | |
|---|---|
| ESTATE OF VINCENT J. GIBSON, by and through JOHNNIE SHADD, as Administratrix,<br><br>Plaintiff,<br><br>v.<br><br>LUFKIN GEARS, LLC, F/K/A LUFKIN INDUSTRIES, LLC<br><br>Defendant. | CIVIL ACTION NO. 9:23-CV-00001<br>JUDGE MICHAEL J. TRUNCALE |

## STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties jointly request that the Court dismiss this action in its entirety with prejudice, with each party to bear its own costs and fees as the matter has now settled.

| | |
|---|---|
| /s/Emily A. DeVuono (with permission)<br>Jennifer A. Moore (KBA No. 87437)<br>Emily A. DeVuono (KBA No. 96702)<br>Moore Law Group, PLLC<br>1473 South 4th Street<br>Louisville, KY 40208<br>T: (502)717-4080<br>jennifer@moorelawgroup.com<br>emily@moorelawgroup.com<br><br>and<br><br>Tommy Fibich<br>Texas Bar No.: 06952600<br>Fibich, Leebron, Copeland & Briggs<br>1150 Bissonnet St.<br>Houston, TX 77005<br>T: (346) 570-1620<br>tfibich@fibichlaw.com<br>**ATTORNEYS FOR PLAINTIFF** | /s/Robin E. McGuffin<br>SEGAL MCCAMBRIDGE SINGER & MAHONEY, LTD.<br>R. Mark Willingham<br>TX State Bar Number 21641500<br>mwillingham@smsm.com<br>5625 Cypress Creek Parkway, Ste 600<br>Houston, TX 77069<br>Phone: (713) 333-7600<br>Fax: (713) 333-7601<br><br>Wesley T. Welmaker<br>TX State Bar No. 00795826<br>wwelmaker@smsm.com<br>5625 Cypress Creek Parkway, Ste 600<br>Houston, TX 77069<br>Phone: (713) 333-7600<br>Fax: (713) 333-7601 |

                                                S<small>TITES</small> & H<small>ARBISON</small>, PLLC
John L. Tate
KY State Bar No. 69830
jtate@stites.com
400 W. Market Street, Suite 1800
Louisville, KY 40202
Telephone: 502-587-3400
Fax: 502-587-6391

Robin E. McGuffin
KY State Bar No. 96797
rmcguffin@stites.com
250 West Main Street, Suite 2300
Lexington, KY 40507
Telephone: 859-226-2300
Fax: 859-253-9144

**A<small>TTORNEYS</small> <small>FOR</small> D<small>EFENDANT</small> L<small>UFKIN</small> G<small>EARS</small>, LLC**

## CERTIFICATE OF SERVICE

    I hereby certify that the foregoing was filed and served electronically this 19th day of October, 2023, via the Court's CM/ECF system.

                                              */s/Robin E. McGuffin*