IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| ESTATE OF VINCENT J. GIBSON, BY AND THROUGH JOHNNIE SHADD, AS ADMINISTRATIX,<br><br>*Plaintiff,*<br><br>VS.<br><br>LUFKIN GEARS, LLC F/K/A INDUSTRIES, LLC,<br><br>*Defendant.* | CIVIL ACTION NO. 9:23-CV-00001<br>JUDGE MICHAEL J. TRUNCALE |

## ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is the Parties' Stipulation of Voluntary Dismissal. [Dkt. 168]. The Parties jointly seek to dismiss with prejudice this entire matter pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

It is therefore **ORDERED** that this case is **DISMISSED WITH PREJUDICE**, and the Parties shall bear their own attorney's fees and costs.

It is further **ORDERED** that all pending motions filed herein are **DENIED AS MOOT**.

**SIGNED this 19th day of October, 2023.**

Michael J. Truncale
United States District Judge